**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| William E. Knight, | Case No.: C-11-6337-YGR |
| Plaintiff(s), | **CASE MANAGEMENT AND PRETRIAL ORDER** |
| vs. | |
| Diane Aqui, Mark D. Jordan, Estate of Mark D. Jordan | |
| Defendant(s). | |

**TO ALL PARTIES AND COUNSEL OF RECORD:**

A Case Mangement Conference was held in this action on April 2, 2012.

The Court hereby sets the following trial and pretrial dates:

**PRETRIAL SCHEDULE**

| | |
|---|---|
| CASE MANAGEMENT CONFERENCE: | Monday, 10/15/13 at 2:00 p.m. |
| REFERRED TO ADR FOR COURT MEDIATION TO OCCUR BY: | 8/31/12 |
| LAST DAY TO JOIN PARTIES OR AMEND PLEADINGS: | 8/31/13 |
| NON-EXPERT DISCOVERY CUTOFF: | 4/1/13 |
| DISCLOSURE OF EXPERTS (RETAINED/NON-RETAINED): | Opening: 3/1/13 Rebuttal: 3/9/13 |
| EXPERT DISCOVERY CUTOFF: | 4/1/13 |
| DISPOSITIVE MOTIONS[1] TO BE HEARD BY: | 3/12/13 |
| JOINT PRETRIAL CONFERENCE STATEMENT: | 5/3/13 |
| PRETRIAL CONFERENCE: | Friday, 5/17/13 at 9:00 a.m. |
| TRIAL DATE: | Monday, 6/3/13 at 8:30 a.m. (Bench Trial) |

---

[1] *See* Standing Order regarding Pre-filing Conference Requirements for motions for summary judgment.

United States District Court
Northern District of California

| TRIAL LENGTH: | 3 days |
|---|---|

The parties must comply with both the Court's Standing Order in Civil Cases and Standing Order for Pretrial Instructions in Civil Cases for additional deadlines and procedures. All Standing Orders are available on the Court's website at http://www.cand.uscourts.gov/ygrorders.

**IT IS SO ORDERED.**

Dated: April 23, 2012

YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT COURT JUDGE