**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **WILLIAM E. KNIGHT**, | Case No.: 11-CV-06337 YGR |
| **Plaintiff,** | **ORDER TO SHOW CAUSE AND SETTING COMPLIANCE HEARING** |
| vs. | |
| **DIANE AQUI** *et al.* | |
| **Defendants.** | |

The Court has reviewed Plaintiff's Discovery Letter Brief (*see* Dkt. Nos. 17, 18),[1] which indicates that Defendant has been nonresponsive to and/or uncooperative with Plaintiff in his efforts to resolve discovery issues informally and without Court intervention.

The Court sets this matter for a Compliance Hearing to be held on **Friday, September 21, 2012** on the Court's **9:01 a.m.** Calendar, in the Federal Courthouse at 1301 Clay Street, Oakland, California, in Courtroom 5.  By no later than **September 17, 2012**, counsel for Defendant shall file a written response to this Order to Show Cause why Defendant should not be sanctioned, be Ordered to present Defendant for deposition, and Ordered to respond in full to Plaintiff's discovery requests. If the Court is satisfied with Defendant's response, the Court will issue an order that counsel need not appear and the compliance hearing will be taken off calendar.  Otherwise, personal appearance of lead counsel for the Defendant is required.  Counsel for Plaintiff may appear by telephone.

**IT IS SO ORDERED.**

Date: September 12, 2012

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**

---

[1] Plaintiff is reminded that discovery letter briefs must be e-filed under the Civil Events category of Motions and Related Filings > Motions - General > "Discovery Letter Brief."