**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **WILLIAM E. KNIGHT**,<br><br>        **Plaintiff**,<br><br>    vs.<br><br>**DIANE AQUI** *et al.*,<br><br>        **Defendants.** | Case No.: 11-CV-06337 YGR<br><br>**ORDER CONTINUING COMPLIANCE HEARING; AND REQUIRING PARTIES TO MEET AND CONFER TO RESOLVE DISCOVERY ISSUES** |

The Compliance Hearing in this matter is **CONTINUED** from September 21, 2012 to **Friday, October 5, 2012** at **9:01 a.m.** to allow the parties to meet and confer to resolve the outstanding discovery issues.  By no later than **September 28, 2012**, counsel shall file a **JOINT STATEMENT** that either:  (1) notifies the Court that the parties were able to resolve all outstanding discovery issues; or (2) concisely summarizes those remaining discovery issues that the parties were unable to resolve, and that attests counsel met and conferred *in person*.

If the parties are not able to resolve all outstanding discovery issues, then lead counsel for each party shall personally appear at the Federal Courthouse located at 1301 Clay Street, Oakland, California, in Courtroom 5, at **9:01 a.m.** on **Friday, October 5, 2012**.

**IT IS SO ORDERED.**

Date: September 19, 2012

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**