**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **WILLIAM E. KNIGHT,**<br><br>        **Plaintiff(s),**<br><br>    vs.<br><br>**DIANE AQUI** *et al.*,<br><br>        **Defendant(s).** | Case No.: 11-CV-06337 YGR<br><br>**ORDER REQUIRING PERSONAL APPEARANCE AND STRIKING DISCOVERY LETTER BRIEF (DKT. NO. 26)** |

The parties filed a joint letter brief regarding a pending discovery dispute. (Dkt. No. 26.) The letter does not indicate that the parties met and conferred in person, as is required by this Court's Standing Order in Civil Cases at paragraph 8(b).

The Clerk shall **STRIKE** Docket Number 26 from the record.

Lead trial counsel for each party is hereby **ORDERED** to appear personally at the Oakland Federal Courthouse on **Thursday, December 6, 2012** at **9:00 a.m.** The parties shall, upon arrival, inform the Courtroom Deputy, Frances Stone, in the Clerk's Office, that they have appeared and shall proceed to meet and confer to resolve the outstanding discovery issues. Conference rooms in the Attorney Lounge are available on a first-come, first-served basis. Once complete, the parties shall advise Ms. Stone that they have concluded their in-person meeting and may request the Court's personal attention to address any remaining issues.

The parties shall bring with them any and all materials which may bear on resolution of the discovery disputes, including the imposition of sanctions. This includes documents sufficient to show the manner and tenor of communications between the parties with regard to the disputes. The Court may issue sanctions against any party or parties deemed to have acted unreasonably with regard to these disputes.

**IT IS SO ORDERED.**

Dated: November 28, 2012

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**