EXHIBIT "B"

# MATTHEW N. WHITE

## CURRICULUM VITAE

### Education

J.D., 1979, Hastings College of the Law, San Francisco (top 5%)
B.A., 1976, University of California, Santa Cruz

### Professional

*Partner, Monty White LLP,* San Rafael, 2011-present
Civil litigation/personal injury practice; mediation, arbitration
www.montywhitelaw.com

*Law and Mediation Offices of Matthew N. White,* San Rafael, 1995-2010
Civil litigation/personal injury practice; mediation, arbitration

ADR Panelist, *Resolution Remedies,* San Rafael, 2005-present

Of counsel, *Keegin, Harrison, Schoppert Smith & Karner LLP,* San Rafael, 1997-2010; Business litigation practice

Partner, *Peavey and White,* San Francisco, 1983-95
Civil litigation/personal injury practice

Associate, *Robinson and Peavey,* San Francisco, 1979-83
General practice (civil litigation, family law, probate, criminal law)

### Teaching (partial list)

Adjunct Faculty, Mediation, Fall 2012 to present
University of San Francisco School of Law

Co-chair, Personal Injury Institute, Hastings College of Advocacy, 1995-2000
(faculty member, 1993-2000)

Faculty member, Business Litigation Institute, Hastings College of Advocacy, 1999

Instructor, Legal Writing and Research, Hastings College of the Law, 1981-85

Instructor, Paralegal Training and Resource Center, San Francisco, 1981

Judge/Instructor, Trial and Appellate Advocacy programs, Golden Gate University and University of San Francisco Law Schools (various dates)

ADR and *Pro Tem* Activities

Judge *Pro Tem*, 1990-present
Superior Courts (San Francisco and Marin counties)

Judicial Arbitrator, 1989-present
San Francisco, Marin, and Contra Costa County Courts

Mediator, arbitrator, discovery referee, 1995-present
San Francisco, Marin, Sonoma, and other Bay Area counties

Mediator, First District Court of Appeal
Appellate Mediation Program, 2000-present

Lectures and Presentations (partial list)

*A Conversation with California Supreme Court Justice Goodwin Liu*
Moderator, Marin County Bar Association, February 2012

*What Sonoma County Lawyers Need to Know About Marin County Courts*
(with Judge Roy O. Chernus) Sonoma County Bar Association, November 2011

*Panel presentation of Marin County judges (CLE Fair)*
Moderator, Marin County Bar Association, November 2011

*Mediation Skills and Court Procedures in Civil and Probate Settlement Conferences,* (panelist)
Marin County Superior Court training program, January 2010

*Dumb Mistakes Smart Lawyers Make in Mediation* (with Judge Lynn Duryee), Marin County Bar Association, November 2009

*Everything You Wanted to Know about the Marin County Courts but Were Afraid to Ask,* panel discussion with three Superior Court judges, Marin County Bar Association, San Rafael, November 2009 (moderator)

*Rules of Evidence in California,* Lorman Educational Services, San Francisco (June 2009)

*Ethics of Withdrawing from Representation,* Sangster Inns of Court, Novato, November 2008 (moderator)

*Dos and Don'ts in the Marin County Courts,* panel discussion with four Superior Court judges, Marin County Bar Association, San Rafael, November 2008 (moderator)

*Jury Selection,* Lorman Educational Services, San Francisco, July 2008

*Cultural Issues and Bias in Law Practice,* Marin and Alameda County Bar Associations, January 2008 (program organizer)

*Winning Your Case Before Trial: Effective Pre-Trial Strategies,* Lorman Educational Services, San Francisco, October 2007

*Settlement Demands That Work; Presenting Your Best Case,* Lorman Educational Services, San Francisco, October 2005

*Connecting with the Jury,* National Conference of American Board of Vocational Experts, September 2005

*New Ethical Standards for Mediations and Arbitrators (moderator),* Marin County Bar Association, 2003

*Ethical Issues and Bias in Litigation (moderator),* Marin County Bar Association, 2001

*Improving Your Results at Mediation (moderator),* Marin County Bar Association, 2000

*Direct and Cross-Examination of Expert Witnesses,* Hastings College of Advocacy, 2000

*How to Win at Settlement Conferences,* Marin County Bar Association, 1999

*Mediation Advocacy (moderator),* Marin County Bar Association, 1999

*Handling Trial Evidence,* Hastings College of Advocacy, 1999

*Use of Expert Witnesses,* San Francisco Trial Lawyers Association, 1998

*Ethical Issues in Litigation,* Hastings College of Advocacy, 1998

*Effective Mediation Techniques (moderator),* Marin County Bar Association, 1997
*Marin County Court Consolidation and Local Rules Update,* Marin County Bar Association, 1997

*Direct and Cross-Examination,* Hastings College of Advocacy, 1996, 1997

*Trial Preparation,* Hastings College of Advocacy, 1995

Other

AV (highest) Rating, Martindale-Hubbell® Law Directory

Co-author (with Judge Lynn Duryee), *Mastering Mediation* (West Publishing 2012)

Selected by *San Francisco Magazine* as a Northern California Super Lawyer®, 2005, 2006, 2007, 2008, 2009, 2010, 2011, 2012, 2013

Member, Executive Committee (Vice-President 2011-12, President-Elect, 2012-13), Richard M. Sangster Inn of Court, Marin/Sonoma/Napa Counties

Alternate (standby) member, San Rafael City Council, 2008-present

Member, Board of Directors, Alternate Defenders, Inc., 2008-present

Member, Board of Directors, Spectrum Center, 2009-2012 (board president, 2010)

Member, Board of Directors, Legal Self-Help Center of Marin, Inc., 2005

Member, Board of Directors, Consumer Attorneys of Marin, 2009-present

Past President, Marin County Bar Association (5-year Past President, 2012; President, 2004)

Chair, Marin County Courts Family Law ADR Rules Committee, 2005 - 2006

Chair, MCBA Judicial Evaluation Committee, 2004-2005

Member, Steering Committee, Justice Center of Marin, 2003-2006

Board of Directors member, Marin County Bar Association, 1999-2000

Founding member, MCBA Section on Diversity, 2004-present

Chair, Marin County Bar Association (MCBA) Committee on Continuing Legal Education, 1997-98 (Committee Member, 1996-1998; Liaison from MCBA Board of Directors, 1999-2000)

Chair, MCBA Program Committee, 2009

Chair, MCBA Bench Bar/Administration of Justice Committee, 2008-present.

Member, MCBA Committees on Public Information, Insurance/Employment Relations, Ethics, Bylaws, Legislation, Membership (various dates)

State Bar Commission on Continuing Legal Education, 1999-2001

State Bar of California Canvassing Board, 1993-1998

Volunteer, Legal Aid Clinic, Marin County, 1998-present

Volunteer, LITA pet connection, 2003-present

Local Rules Rewrite Committee, Marin County Courts, 1996-97

Attorney-Coach, Mock Trial team, San Rafael High School, 2006-07, 2011-12

Mediation Training (partial list)

Professional Mediation Associates, Larkspur, CA
Basic and advanced mediation training (40 hours), 1998-1999

First District Court of Appeal
Advanced and appellate mediation training (20 hours), 2000

First District Court of Appeal
Advanced and appellate mediation training (14 hours), 2003

Northern California Mediation Center, San Rafael, CA
Advanced family law mediation training (16 hours), 2006

Memberships

State Bar of California (#088336)
Marin County Bar Association
Sonoma County Bar Association
Consumer Attorneys of Marin County
Consumer Attorneys of Sonoma County
San Francisco Trial Lawyers Association
Consumer Attorneys of California
Association for Dispute Resolution of Northern California

**References on Request**