EXHIBIT "C"

```
 1                    UNITED STATES DISTRICT COURT
 2                   NORTHERN DISTRICT OF CALIFORNIA
 3                         (OAKLAND DIVISION)
 4
 5     WILLIAM E. KNIGHT,
 6                Plaintiff,
 7     vs.                              Case No. CV 11 6337-YGR
 8     DIANE AQUI, MARK D. JORDAN,
       Deceased, ESTATE OF MARK D.
 9     JORDAN, and DOES 1-100,
10                Defendants.
       _____/
11
12                    DEPOSITION OF DIANE AQUI
13
14     DATE:         Thursday, December 6, 2012
15     TIME:         11:17 a.m. through 1:45 p.m.
16     PLACE:        Law Offices of Bruce E. Krell
                     345 Grove Street, First Floor
17                   San Francisco, California
18
       PURSUANT TO:  Notice
19
       REPORTED BY:  DAWN SUE STEFKO,
20                   CSR No. 5079
21     _____
22
                          STEFKO REPORTING
23                  CERTIFIED SHORTHAND REPORTERS
                          2012 Easton Drive
24                  Burlingame, California  94010
                          (650) 685-1795
25                      dawnstefko@aol.com


                                                              1
```

DEPOSITION OF DIANE AQUI - DECEMBER 6, 2012

1  **APPEARANCES:**

2  For the Plaintiff          LAW OFFICES OF BRUCE E. KRELL
   William E. Knight:         BY:  MICHAEL COHEN,
3                                  ATTORNEY AT LAW
                              345 Grove Street
4                             First Floor
                              San Francisco, California 94102
5                             (415) 861-4414

6  For the Defendants:        RoecaHaasHagerLLP
                              BY:  EDWARD D. HAAS,
7                                  ATTORNEY AT LAW
                              351 California Street
8                             Suite 900
                              San Francisco, California 94104
9                             (415) 352-0980

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

2

DEPOSITION OF DIANE AQUI - DECEMBER 6, 2012

```
 1                    INDEX OF EXAMINATIONS
 2                                                    PAGE
 3   Examination by Mr. Cohen                           4
 4
 5
 6
 7
 8
 9
10
11
12                     INDEX OF EXHIBITS
13     PLAINTIFF'S                                    PAGE
14     Number 1    Jordan & Aqui letter dated 3-29-07,  5
                   2 pages
15
       Number 2    Document entitled "Settlement        5
16                 Agreement" dated 4-30-09, 7 pages
17     Number 3    Aqui letter dated 6-13-11, 2 pages   5
18     Number 4    Document entitled "Stipulation For   6
                   Entry Of Judgment" dated 4-28-09,
19                 5 pages
20     Number 5    Handwritten notes, 4 pages          43
21     Number 6    Document entitled "Limited Power of 65
                   Attorney" dated 6-30-09, 1 page
22
23
24     DEFENDANTS'                                   PAGE
25                    (none marked)
```

3

STEFKO REPORTING   (650) 685-1795