EXHIBIT "D"

**JORDAN & AQUI**
*An Association of Individual Attorneys*
**1612 Fourth Street**
Santa Rosa, CA 95404-4020
Telephone: (707) 526-3700
Facsimile: (707) 526-1716



PLAINTIFF'S EXHIBIT

Mark D. Jordan
Diane Aqui

mdj@1612fourth.com
da@1612fourth.com

March 29, 2007

PERSONAL & CONFIDENTIAL

Mr. William E. Knight
Executive Director
Knight Vision Group
2Oyster Shell Lane
Hilton Head, SC  29926

Via Facsimile & U.S. Mail
(843) 681-1975

Re:    Wage Claim, Stock sale vs. Doubleshot, Inc.

Dear Bill:

We enjoyed meeting with you and your wife in our office and we must confess you are about "as organized" as any claimant with a wage claim that our office has represented.

This will confirm our strategy and Fee Agreement regarding this matter:

- Mark D. Jordan, Esq., Diane Aqui, Esq. will represent your interest in pursing the above-referenced claims.  Mr. Jordan's hourly rate is $350.00 per hour and Ms. Aqui's is $275.00.  We will track all of our time inasmuch as one of the damages we will be seeking are attorney fees.  Your invoice from us is on a contingency fee basis, as outlined below.

    The total amount realized by way of settlement and/or litigation will be referred to as total settlement.  Said sum will most probably include wages due; penalties; interest; purchase or redemption of stocks; and attorney fees.  From the total sum, Jordan and Aqui will be reimbursed for all out-of-pocket costs incurred, including, but not limited to, filing fees, depositions, process service, expert witness fees, and private investigators utilized (not anticipated at this juncture).  The remaining sum will be split as outlined in Phase I, II, III.

- Phase I - Jordan and Aqui will prepare a thorough demand letter, including any and all causes of actions which exist; law and facts to support the claim; and documentary evidence, including, but not limited to, time cards, pay stubs, and e-mails.  Said letter shall be addressed to Doubleshot, Inc., as well as Stewart Keirle, explaining our theory that he is an alter-ego of the Corporation and that we are confident we can easily pierce the corporate veil.  Said letter will be prepared in no longer than two weeks from this date, but will not be sent out until the Labor Commissioner has sent out a Notice of Hearing, and the letter has been authorized by you for sending.

    If the matter is resolved prior to a complaint being filed in Superior Court of Sonoma County, the contingency fee payable to Jordan and Aqui will be twenty-five percent (25%).

- Phase II - should it become apparent that the matter is not going to be resolved and a complaint needs to be filed in Superior Court, Jordan and Aqui will seek authorization from you to file said lawsuit at which time the contingency fee arrangement will move up to thirty-three and one-third percent (33-1/3%).

Exhibit "A"

Mr. William Knight
March 29, 2007
Page 2

- Phase III - As the matter proceeds through litigation, upon being advised by the Court that there is a trial date set, the contingency fee will be moved to forty percent (40%).

It is our belief that this accurately reflects the agreement made with Mark Jordan and you by telephone. If this is accurate, kindly execute below and return to us by facsimile.

We have enclosed two documents which Mark believes you asked for "one or the other," he was not sure!

Lastly enclosed, for your reading pleasure, is preliminary research about whether or not you are an exempt employee. While we indicated that it was a "factual question," It is my belief that since you do not supervise anyone; your employment contract requires you to check with "your supervisors;" and perhaps more importantly, that you are not salaried, but rather hourly, that despite the high level of competence needed to do your job and the high hourly rate, that you will be found to be "non-exempt" and be entitled to time and one-half (1-1/2) your hourly rate for all hours worked in excess of eight (8) in one day, or forty (40) hours in a week. On those days that you worked in excess of twelve (12) hours on a seventh (7th) consecutive day, your rate will be double time. You may wish to read those enclosures when your mail arrives, inasmuch as we have highlighted the pertinent sections.

Your confidence in our firm remains appreciated.

Very truly yours,

JORDAN & AQUI

_____          _____
Mark D. Jordan                                   Diane Aqui

MDJ/mo
Enclosures

---

Fee Agreement outlined above is acceptable.

Dated: 30 Mar 2007          _____
                                              WILLIAM E. KNIGHT

Exhibit "A"