EXHIBIT "A"

0001

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(OAKLAND DIVISION)

WILLIAM KNIGHT,

    Plaintiff,

  v.               NO. CV 11-6337 YGR

DIANE AQUI, MARK D. JORDAN,, Deceased, ESTATE OF MARK D. JORDAN, and Does 1-100,

    Defendants.
_____/

DEPOSITION OF MATTHEW N. WHITE

Friday, July 5, 2013

Reported by:

MELANIE C. HINES
CSR NO. 11280

ROBERT BARNES ASSOCIATES
760 MARKET STREET, SUITE 844
SAN FRANCISCO, CA 94102
(415) 788-7191

```
0002
 1
 2
 3
 4
 5              I N D E X
 6
 7                             Page
 8
 9  WITNESS:  MATTHEW N. WHITE
10
11       Examination by Mr. Haas        4
12
13              ---oOo---
14
15  EXHIBITS:
16
17  For the Defendant
18
19  No. 1   Notice of Deposition, 5 pages.      32
20
21  No. 2   Plaintiff's Expert Disclosure, 15 pages.   41
22
23  No. 3   Dalzell v. State Bar of California,    54
24          Headnotes, 3 pages.
25
26  No. 4   Contents of binder labeled "Knight v.   83
27          Aqui," 253 pages.
28
29
30              ---oOo---
31
...
55                             2
```

```
0003
 1
 2
 3
 4
 5           A P P E A R A N C E S
 6
 7  FOR PLAINTIFF:
 8
 9        MICHAEL COHEN, Attorney at Law
10        LAW OFFICES OF BRUCE E. KRELL
11        Grove Law Building
12        345 Grove Street
13        San Francisco, CA 94102
14        (415) 861-4414
15        E-mail: mikecohen@sprintmail.com
16
17
18  FOR DEFENDANT:
19
20        EDWARD D. HAAS, Attorney at Law
21        ROECA, HAAS, HAGER, LLP
22        250 Montgomery Street, Suite 1410
23        San Francisco, CA 94104
24        (415) 352-0980
25        E-mail: Ehaas@r2hlaw.com
26
27
28
29            ---oOo---
30
31        DEPOSITION OF MATTHEW N. WHITE, taken on
32
33  behalf of the Defendant herein, at Roeca, Haas, Hager,
34
35  LLP, 250 Montgomery Street, Suite 1410, San Francisco,
36
37  California, on Friday, July 5, 2013, commencing at
38
39  9:33 a.m., before MELANIE C. HINES, Certified Shorthand
40
41  Reporter No. 11280, of the State of California.
42
43
44            ---oOo---
45
46
47
48
49
50
51
52
53
54
55                         3
```