Michael Cohen - #98066
Bruce E. Krell, Inc. - #52542
Jerome M. Garchik - #50562
LAW OFFICES OF BRUCE E. KRELL
Grove Law Building
345 Grove Street
San Francisco, CA 94102
415/861-4414
Fax: 415/431-4526
mikecohen@sprintmail.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM E. KNIGHT,<br><br>    Plaintiff,<br><br>vs.<br><br>DIANE AQUI, MARK D. JORDAN, Deceased, ESTATE OF MARK. D. JORDAN, and DOES 1-100,<br><br>    Defendants._____/ | No. CV 11 6337 - JST<br><br>STIPULATION TO CONTINUE COMPLIANCE HEARING TO FEBRUARY 5, 2014, PROPOSED ORDER THEREON |

<u>Stipulation</u>

Because the Settlement Agreement between the parties includes an installment payment due by 1/15/14 as a final act, the parties request that the compliance hearing, currently set for December 5, 2013, be continued to February 5, 2014.

DATED: November 6, 2013          LAW OFFICES OF BRUCE E. KRELL, INC.

                                 By _____/S/_____
                                        Michael Cohen

DATED: November _, 2013          ROECA HAAS HAGER LLP

                                 By _____/S/_____
                                        Edward Haas

//

1

Stipulation to Continue Compliance Hearing to February 5, 2014, Proposed Order Thereon

1  ~~Proposed~~ Order

2  The Court having read and considered the above Stipulation, and good cause appearing,

3  IT IS HEREBY ORDERED that the compliance hearing, currently set for Dcember 5, 2013, be,

4  and it hereby is, continued to February 5, 2014.

5  DATED:  November 8, 2013

6

7  JUDGE O
   HON. JON



2

Stipulation to Continue Compliance Hearing to February 5, 2014, ~~Proposed~~ Order Thereon