EDWARD D. HAAS (State Bar # 76647)
ROECA HAAS HAGER LLP
250 Montgomery Street, Suite 1410
San Francisco, CA 94104
Telephone: (415) 352-0980
Facsimile:  (415) 352-0988
Email: ehaas@r2hlaw.com

Attorneys for Defendant
DIANE AQUI

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### (SAN FRANCISCO DIVISION)

| | |
|---|---|
| WILLIAM E. KNIGHT,<br><br>Plaintiff,<br><br>vs.<br><br>DIANE AQUI, MARK D. JORDAN, Deceased, ESTATE OF MARK D. JORDAN, and Does 1-100,<br><br>Defendants. | Case No. C-11-6337 JST<br><br>**STIPULATION FOR DISMISSAL AND ORDER DISMISSING CASE** |

The parties, by and through their respective counsel, stipulate pursuant to Federal Rule of Civil Procedure 41(a)(1) to dismiss with prejudice all defendants in this action, being Diane Aqui, the court have previously ordered dismissed Mark D. Jordan and the Estate of Mark D. Jordan.

IT IS SO STIPULATED.


Dated:  December ___, 2013

LAW OFFICES OF BRUCE E. KRELL


By: _____
Michael Cohen
Attorneys for Plaintiff
WILLIAM KNIGHT

STIPULATION FOR DISMISSAL AND ORDER          KNIGHT v. AQUI, et al.
                                             Case No. C-11-6337 JST

Roeca Haas Hager LLP
250 Montgomery Street, Suite 1410, San Francisco, CA 94104
415.352.0980 Fax 415.352.0988

Dated: December 3, 2013          ROECA HAAS HAGER LLP


                                 By: _____
                                     Edward D. Haas
                                     Attorneys for Defendant
                                     DIANE AQUI


                                 **ORDER**

         The parties, having settled and stipulated to dismissal, the court orders defendant Diane

Aqui dismissed with prejudice.

         IT IS SO ORDERED.


Dated: December ___, 2013

                                          _____
                                          Honorable Jon S. Tigar
                                          United States District Judge


G:\Knight\Pleadings\Stipulation to Dismiss.doc

Roeca Haas Hager LLP
250 Montgomery Street, Suite 1410, San Francisco, CA 94104
415.352.0980 Fax 415.352.0988

STIPULATION FOR DISMISSAL AND ORDER          2      KNIGHT v. AQUI, et al.
                                                    Case No. C-11-6337 JST